UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY WILLIAM BIELER,<br><br>                     Plaintiff,<br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                     Defendants. | Case No. 3:25-cv-00582-MMD-CSD<br><br>**ORDER** |

      Pro se plaintiff Timothy William Bieler brings this civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while housed at Washoe County Detention Facility. (ECF No. 1-1.) On October 23, 2025, the Court ordered Plaintiff to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* by December 22, 2025. (ECF No. 4.) On November 7, 2025, Plaintiff filed an application to proceed *in forma pauperis* (ECF No. 5), but this application is incomplete because the financial certificate is signed by Plaintiff himself rather than a jail official, and Plaintiff did not include an inmate trust fund account statement for the previous six-month period with the application. On the financial certificate, Plaintiff writes "they don't fill this out on me anymore." (*Id.* at 4.) The Court will deny Plaintiff's incomplete application without prejudice and grant him an extension of time to address the matter of the filing fee until **January 12, 2026**.

      An inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the action without prepaying the full $405 filing fee. *See* 28 U.S.C. § 1915(a)(2); LSR 1-2. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3); (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of

this Court's approved form); and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

If Plaintiff is having difficulty obtaining the required financial certificate and inmate account statement for the previous six-month period from jail officials, then Plaintiff must file the first three pages of the application to proceed *in forma pauperis* on this Court's approved form together with a declaration[1] detailing when he requested the financial documents, who he spoke to about the status of the documents, who he followed up with after he did not receive the documents, and their responses. Plaintiff's declaration will include dates of his requests, dates of his follow-up requests, names of the officials that he spoke to about the matter, and their responses. If Plaintiff's declaration demonstrates that he has done all that was possible to acquire his financial documents from jail officials, the Court will consider his application to proceed *in forma pauperis* to be complete.[2]

It is therefore ordered that Plaintiff's incomplete application to proceed *in forma pauperis* (ECF No. 5) is **DENIED** without prejudice.

It is further ordered that, no later than January 12, 2026, Plaintiff must either pay the full $405 filing fee or file file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application to proceed *in forma pauperis* with the inmate's two signatures on page 3, (2) a financial certificate that is properly signed both by the inmate and jail official, and (3) a copy of the inmate's jail trust fund account statement for the previous six month period.

It is further ordered that, if Plaintiff is not able to obtain his financial certificate and inmate trust fund account statement from jail officials, he has until January 12, 2026, to file the first three pages of the application to proceed *in forma pauperis* on the Court's

---

[1] A declaration is sufficient if it is signed and dated by Plaintiff and includes language stating under penalty of perjury under the laws of the United States of America that the statements made in the declaration are true and correct. *See* 28 U.S.C. § 1746.

[2] Plaintiff must still submit the first three pages of the application to proceed *in forma pauperis* on this Court's approved form with his declaration. If Plaintiff does not submit the first three pages of the application to proceed *in forma pauperis* with the declaration, then the Court will recommend dismissal of this case without prejudice.

approved form together with a declaration detailing the efforts that he made to acquire his financial documents from jail officials.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of Court is kindly directed to resend Plaintiff Timothy William Bieler the approved form application to proceed *in forma pauperis* for an inmate with instructions and to retain the complaint (ECF No. 1-1) but not file it at this time.

DATED: November 12, 2025.

_____
UNITED STATES MAGISTRATE JUDGE